UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| TORM L. HOWSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:04-cv-1530-JDT-TAB |
| | ) | |
| THE STATE OF INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed.** Claims against the State of Indiana, and claims with the plaintiff's status as a non-custodial parent associated with issues presented in the Hendricks Circuit Court in No. 32C01-9912-DR-165 are dismissed for lack of subject matter jurisdiction. All other claims are dismissed for failure to state a claim upon which relief can be granted.

_____
John Daniel Tinder, Judge
United States District Court

Date: 1/28/2005

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk